UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MANGAN, as parent and natural Guardian of A.M, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>HANOVER TOWNSHIP SCHOOL DISTRICT, et. al.,<br><br>Defendant. | CIVIL ACTION NO. 3:22-CV-01578<br><br>(SAPORITO, J.) |

## ORDER

AND NOW, this 16th of September, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motions for summary judgment (Doc. 55; Doc. 57) are **GRANTED.**

2. The Clerk shall enter judgment in favor of the defendants.

3. The Clerk shall close this case.

Dated: September 16, 2025

_Joseph F. Saporito, Jr._
JOSEPH F. SAPORITO, JR.
United States District Judge